

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 5, 2009                  **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 08-10440-RLJ-13 |
| DAVID GLENN SHAHAN | HEARING DATE: 10/7/2009 |
| SHANNON LANEA SHAHAN | HEARING TIME: 11:00 AM |

**ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2006-08, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

The secured claim filed by Citifinancial Auto for the 2006 Dodge Durango shall be shown as surrendered for full satisfaction.

Debtor shall pay $679 beginning January 2009 for 1 month; then Debtor shall pay $795 beginning February 2009 for 9 months; then Debtor shall pay $548 beginning November 2009 for 50 months; Insurance proceeds in the amount of $12,384.38 were received May 2009 and applied to the plan base; also $3,548 of Debtor's 2008 tax refund will be kept and applied to the plan base. The total 60 month plan base amount is $51,166.38.

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey